CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
APR 12 2007
JOHN F. CORCORAN
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| PATRICIA J. WOODS, | ) | Civil Action No. 2:06cv00033 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE,[1] | ) | By: GLEN M. WILLIAMS |
| Commissioner of Social Security, | ) | SENIOR UNITED STATES DISTRICT JUDGE |
| Defendant. | ) | |

This case is before the court on cross motions for summary judgment. For the reasons detailed in the Memorandum Opinion accompanying this Order and entered this day, the Plaintiff's Motion for Summary Judgment is hereby **OVERRULED** and the Defendant's Motion for Summary Judgment is hereby **SUSTAINED**. Judgment is hereby entered in favor of the Commissioner, and the Commissioner's previous decision to deny benefits will be **AFFIRMED**.

The Clerk is directed to enter this Order. The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed that this case is to be stricken from the docket.

ENTERED: This 12th day of April, 2007.

/s/ Glen M. Williams

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007, and is, therefore, substituted for Jo Anne B. Barnhart as the defendant in this suit pursuant to Federal Rule of Civil Procedure 25(d)(1).